UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOHNNY LEON HATTEN JR #2018110110          CASE NO.  25-cv-1721 SEC P

-vs-                                                      JUDGE DRELL

UNNAMED UNKNOWN DEFENDANTS          MAGISTRATE JUDGE PEREZ-MONTES

JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Complaint (ECF No. 4) is DENIED and DISMISSED under 28 U.S.C. § 1915A and § 1915(e)(2), WITHOUT PREJUDICE to seeking habeas relief after state court exhaustion.

THUS DONE AND SIGNED at Alexandria, Louisiana this ___17___ day of March 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT